IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCENT BREHM,<br><br>   Plaintiff,<br><br>v.<br><br>DANA TROWBRIDGE, Mayor of the City of David City, individually and his official capacity as mayor of the City of David City, and the CITY OF DAVID CITY,<br><br>   Defendants. | 8:10CV64<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 5th day of March, 2010.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Chief United States District Judge