# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VINCENT BREHM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 8:10CV64 |
| DANA TROWBRIDGE, Mayor of the | ) | |
| City of David City, individually and | ) | ORDER |
| his official capacity, and THE CITY | ) | |
| OF DAVID CITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the magistrate judge on the Defendants' Unopposed Motion to Extend Discovery Deadline (Filing No. 46). The court finds that the Motion should be granted.

    **IT IS ORDERED** that Defendants' Unopposed Motion to Extend Discovery Deadline (Filing No. 46) is granted. The final case progression order (Filing No. 36) is hereby amended to provide that the deposition and discovery deadline is extended from March 18, 2011, until April 17, 2011.

    **DATED March 17, 2011.**

                                              **BY THE COURT:**

                                              s/ F.A. Gossett, III
                                              **United States Magistrate Judge**