IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VINCENT BREHM, | ) | CASE NO. 8:10-cv-00064 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| DANA "SKIP" TROWBRIDGE, MAYOR OF THE CITY OF DAVID CITY, individually and in his official capacity as mayor of the City of David City and THE CITY OF DAVID CITY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion to Withdraw filed by Joshua C. Dickinson and Spencer Fane Britt & Browne LLP (Document #68).  The defendants continue to be represented by counsel.   Accordingly, the Court finds the Motion should be granted.

IT IS ORDERED:

1. Joshua C. Dickinson and Spencer Fane Britt & Browne LLP are allowed to withdraw as counsel for Defendants Dana "Skip" Trowbridge, Mayor of the City of David City, individually and in his official capacity as mayor of the City of David City, and The City of David City in the above case.

2. The Clerk of Court shall stop all electronic notices to Joshua C. Dickinson and Spencer Fane Britt & Browne LLP regarding this case.

DATED this 3rd day of June, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge