IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VINCENT BREHM,                                     )          Case No.  8:10CV64
                                                   )
                    Plaintiff,                     )
                                                   )
          vs.                                      )
                                                   )          **ORDER**
DANA "SKIP" TROWBRIDGE, MAYOR )
OF THE CITY OF DAVID CITY,                         )
Individually and in his official capacity          )
as Mayor of the City of David City, and )
THE CITY OF DAVID CITY,                            )
                                                   )
                    Defendants.                    )

        Upon notice of settlement given to the magistrate judge by Thomas Culhane, counsel for Defendant,

        **IT IS ORDERED:**

        1.  On or before **August 15, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

        2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

        Dated this 14th day of July 2011.

                                        BY THE COURT:


                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge