IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VINCENT BREHM,** ) | **CASE NO. 8:10CV64** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER AND** |
| ) | **FINAL JUDGMENT** |
| **DANA TROWBRIDGE, Mayor of the** ) | |
| **City of David City, individually and** ) | |
| **his official capacity as mayor of the** ) | |
| **City of David City, and the CITY OF** ) | |
| **DAVID CITY,** ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 87). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 87) is approved;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 2nd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge